**Order filed October 23, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00808-CV
_____

## IN THE MATTER OF THE MARRIAGE OF STEVEN W. ARD AND MARSHA ARD-PHILLIPS

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2006-47105**

# O R D E R

Appellant, Marsha Phillips, filed a notice of appeal on October 7, 2014, to appeal a final decree of divorce signed August 29, 2014. (The decree was signed by the Honorable Dan Hinde, presiding Judge of the 269th District Court.). Appellant informed this court she filed a request for findings of fact and conclusions of law on September 22, 2014, and a motion to modify the judgment on September 26, 2014. *See* Tex. R. Civ. P. 296; Tex. R. App. P. 26.1(a)(2).

On October 7, 2014, appellant filed an affidavit of indigence in this court, which was forwarded to the trial court for consideration. *See* Tex. R. App. P. 20.1(a)(d)(2). Appellee filed a contest to the affidavit on October 14, 2014.

On October 17, 2014, appellant filed a motion in this court requesting relief from the appellate costs, which indicates that the trial court has sustained a contest to her affidavit of indigence.

To determine whether appellant is entitled to proceed without the advance payment of costs, we issue the following order for a partial clerk's record.

We order the Harris County District Clerk to file a partial clerk's record with the clerk of this court on or before **November 14, 2014.** The **partial clerk's record** shall contain **(1)** appellant's affidavit of indigence; **(2)** the contest(s) to the affidavit of indigence, if any; **(3)** the trial court's order ruling on any contest; and **(4)** any other documents pertaining to the claim of indigence and the contests thereto.

If any requested item is not part of the case file, the district clerk is directed to include in the partial clerk's record a certified statement that the requested item is not a part of the case file.


PER CURIAM